In re Last Will and Testament of Edward C. McClary, Deceased (Pearl M. Peters, Appellee), v. John A. Berry, Administrator With Will Annexed of the Estate of Edward C. McClary, Deceased, and Frank W. McClary, Appellants.

Gen. No. 9,609.

opinion filed February 14, 1941. Harold A. Butters, Andrew J. O'Connor and John H. Armstrong, for appellants; W. I. Hibbs, for appellee. Opinion by JUSTICE HUFFMAN. "Not to be published in full."

People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Oscar Tucker et al., Appellants.

Gen. No. 41,156.

opinion filed February 26, 1941. Simon Herr and Mayer Goldberg, for appellants; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by PRESIDING JUSTICE HEBEL. "Not to be published in full."